Edvin GONZALEZ–HERNANDEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 11–3360.

United States Court of Appeals, Eighth Circuit.

Submitted: May 1, 2012.

Filed: May 4, 2012.

Edvin Gonzalez–Hernandez, Lexington, NE, pro se.

Karen Yolanda Drummond, Richard M. Evans, Jessica Segall, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Edvin Gonzalez–Hernandez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. After careful review, we conclude that substantial evidence supports the denials of asylum and withholding of removal. *See Davila–Mejia v. Mukasey,* 531 F.3d 624, 627–29 (8th Cir.2008) (standard of review; discussing claimant's burden of proof in asylum context; when alien fails to establish eligibility for asylum, he necessarily cannot meet more rigorous standard of proof for withholding of removal). Ac-

488

cordingly, we deny the petition. *See* 8th Cir. R. 47B.

